*Pro Se 2 2016*

**FILED (DROP BOX)**

MAR 05 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

FILED (DROP BOX)

MAR 16 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON FOR THE SEATTLE DIVISION

Yah's Knights and Dames Community
Development, M.O.E. and M.O.E.T.,
YZRAEL LLC., Abryel Wilder, C. H
        , Krystal Alvaraz and unborn child,
A.S.,        G.S.,
(Pet dog) Khoas, (Pet cat) Sekhmet, (Dog
carcass) Voodoo, (Hybrid carcass) Ulva
Spirit,

                       Plaintiffs,

    v.

Chiae Wilder, Chong Wilder, Brianna M.
Donavan, Anthony Marlow, Barbara Miner,
Envision Law Firm, King County Court,
Judge Jason Holloway, Mark Gouras Et al

CASE NO. ___2:21-cv-00325 RSM___

**COMPLAINT AND REQUEST FOR
INJUNCTION**

## I.    THE PARTIES TO THIS COMPLAINT

A.    **Plaintiff(s)**

    *Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.*

| | |
|---|---|
| Name | Yah's Knights and Dames Community Development |
| Street Address | 32328 7th Ave SW |
| City and County | Federal way, King County |
| State and Zip Code | Washington 98023 |
| Telephone Number | 253-880-7150 |

COMPLAINT AND REQUEST FOR INJUNCTION - 1

Attachment A

Additional Plaintiffs

*Reserves the right to amend

1. M.O.E. and M.O.E.T. Yah's Knights and Dames Community Development
   32328 7th Ave SW
   Federal way, WA  98023
2. YZRAEL
   32328 7th Ave SW
   Federal way, WA  98023
3. C.H.
   32328 7th Ave SW
   Federal way, WA 98023
4. Krystal Alvaraz and unborn child
   32328 7th Ave SW
   Federal way, WA  98023
5. A.S.
   32328 7th Ave SW
   Federal way, WA  98023
6. G.S.
   32328 7th Ave SW
   Federal way, WA  98023
7. Khoas (Dog/member)
   32328 7th Ave SW
   Federal way, WA 98023
8. Sehmet (Cat/member)
   32328 7th Ave SW
   Federal way, WA  98023
9. Voodoo (Dog Carcass)
   32328 7th Ave SW
   Federal way, WA  98023
10. Ulva Spirit (Hybrid Wolf Carcass)
    32328 7th Ave SW
    Federal way, WA  98023
11. Garden
    32328 7th Ave SW
    Federal way, WA  98023
12. Abryel Wilder
    32328 7th Ave SW
    Federal way, WA 98023
13. Unborn baby (child)
    32328 7th Ave SW
    Federal way, WA 98023
14. Burial sites

32328 7th Ave SW
Federal way, WA 98023

*Pro Se 2 2016*

**B.      The Defendant(s)**

      *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

      Defendant No. 1

|  |  |
|---|---|
| Name | Chiae Wilder |
| Job or Title *(if known)* | Husband and Respondent in 18-3-73982-2 Knt |
| Street Address | 10913 103rd Ave Ct SW |
| City and County | Lakewood, Pierce County |
| State and Zip Code | Washington, 98498 |
| Telephone Number | 253-455-5270 |

      Defendant No. 2

|  |  |
|---|---|
| Name | Chong Wilder |
| Job or Title *(if known)* | Mother of Chiae Wilder |
| Street Address | 10913 103rd Ave Ct SW |
| City and County | Lakewood, Pierce County |
| State and Zip Code | Washington, 98498 |
| Telephone Number | 253-226-9020 |

      Defendant No. 3

|  |  |
|---|---|
| Name | Envision Law Firm |
| Job or Title *(if known)* | Lawyer of Chiae |
| Street Address | 1201 Pacific Ave |
| City and County | Tacoma, Pierce County |
| State and Zip Code | Washington, 98402 |
| Telephone Number | 253-201-8007 |

COMPLAINT AND REQUEST FOR INJUNCTION - 2

*Pro Se 2 2016*

1    **B.      The Defendant(s)**

2        *Provide the information below for each defendant named in the complaint, whether the*
*defendant is an individual, a government agency, an organization, or a corporation. For an*
3    *individual defendant, include the person's job or title (if known). Attach additional pages if*
*needed.*
4

5        Defendant No. 1

6        Name                              Chiae Wilder
         Job or Title *(if known)*         Husband and Respondent in 18-3-73982-2 knt
7        Street Address                    10913 103rd Ave Ct SW
         City and County                   Lakewood, Pierce County
8        State and Zip Code                Washington, 98498
9        Telephone Number                  253-455-5270

10

11       Defendant No. 2

12       Name                              Chong Wilder
         Job or Title *(if known)*         Mother of Chiae Wilder
13       Street Address                    10913 103rd Ave Ct SW
         City and County                   Lakewood, Pierce County
14
         State and Zip Code                Washington, 98498
15       Telephone Number                  253-226-9020

16

17       Defendant No. 3

18       Name                              Envision Law Firm
         Job or Title *(if known)*         Lawyer of Chiae
19       Street Address                    1201 Pacific Ave
         City and County                   Tacoma, Pierce County
20
         State and Zip Code                Washington, 98402
21       Telephone Number                  253-201-8007

22

23

24

COMPLAINT AND REQUEST FOR INJUNCTION - 2

ATTACHMENT B:

CIVIL

*Plaintiff Reserved the right to revisit/revise/amend

Defendants-

*Attorney(s) and Office(s) Share holder(s) Corporation(s) Incorporation Nonprofit(s) Profit(s)

Insurancer(s)(ee) Consolidated Contract(ee)(or)(s) and any all sponsors

ALL AND ENIRITY Grantor(s) and Grantee(s) DBA Past, Present and Future

Etal. et allii, et aliae, et alia

City(ies), State(s), Country(ies) "worldwide"

*Claimant will supplement during discovery if additional individual are identified.

1.      King County Maleng Regional Justice Center (MRJC)- Kent- King County

401 fourth Ave N, Kent WA 98032

206-477-2600

2.      South Division, Kent Facility- King County

401 fourth Ave N, Kent WA 98032

206-477-2600

3.      King County Courthouse

516 3rd Ave, Seattle WA 98104

206-477-1400

4.      King County Administration

500 4th Ave, Seattle, WA 98104

206-296-0100

6.      Family Law CASA

16300 Christensen road, Suite 306

Tukwila, WA 98188

206-748-9700

admin@familylawcasa.org


7.      Ann-Marie Croy -Program Attorney

16300 Christensen road, Suite 306

Tukwila, WA 98188

206-748-9700


8.      Tyreese Johnson-Advocate Supervisor

16300 Christensen road, Suite 306

Tukwila, WA 98188

206-748-9700

tjohnson@familylawcasa.org


9.      Dominique Shannon-Legal Program Administrator & Domestic Violence Coordinator

16300 Christensen road, Suite 306

Tukwila, WA 98188

206-748-9700

dshannon@familylawcasa.org


10.     Alex Pessemier, Office Manager and Volunteer Recruiter

16300 Christensen road, Suite 306

Tukwila, WA 98188

206-748-9700

apessesmier@familylawcasa.org


11.     King County Clerks

Barbara Miner

516 3rd Ave, Rm E609

Seattle, WA 98104-2363

206-477-0800

Barbara.miner@kingcounty.gov


12.      Brandi Sydney

516 3rd Ave, Rm E609

Seattle, WA 98104-2363

206-477-0800


13.      Envision Law firm

600 University Street Suite 3010

Seattle, WA 98101

253-753-2261

10655 NE 4th Street Suite 208

Bellevue, WA 98004

1201 Pacific Ave Suite 1503

Tacoma, WA 98402

253-753-2261

601 W. 1st Ave

Spokane, WA 99201

509-590-0365


14.      Washington State Department of Social and Health Services

DSHS CSD – Customer Service Center

P.O. Box 11699

Tacoma, WA 98411-6699

AskDSHS@dshs.wa.gov

18.    Washington State Department of Health

111 Israel Rd SE, Tumwater WA 98501

360-236-4501, 800-525-0127


19.    United States Headquarters

900 1st Ave S

Seattle,  WA 98134


20.    Green River College

12401 SE 320th St

Auburn, WA 98092

253-833-9111

Due to Covid/Zoom:

Chiae Wilder works at home

10913 103rd Ave Ct. SW

Lakewood, WA 98498

253-455-5270


21.    Washington State Department of Enterprise Service

1500 Jefferson Street SE

Olympia, WA 98501


22.    Washington State Administrative Office of the Courts

1206 Quince Street SE

P.O. Box 41170

Olympia, WA 98504-1170

courtdirectory@courts.wa.gov

25.     Brianna M. Donavan

Chiae is allowing her to use our address

32328 7th Ave SW

Federal Way, WA 98023


26.     Royann Mercado Perez


27.     Anthony Scott Marlow #36387


28.     C T Corporation System


# 23. WASHINGTON STATE
##         OR
## 24. STATE OF WASHINGTON

*Pro Se 2 2016*

Defendant No. 4

| | |
|---|---|
| Name | Jason Holloway |
| Job or Title *(if known)* | Pro Temp Judge |
| Street Address | 7724 35th Ave NE Unit 15539 |
| City and County | Seattle, King County |
| State and Zip Code | Washington, 98115-3282 |
| Telephone Number | 206-249-9807 |

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (*check all that apply*)

☒  Federal question          ☒  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(RLUIPA), 42 U.S.C. §§ 2000cc, et seq, First Amendment.

COMPLAINT AND REQUEST FOR INJUNCTION - 3

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_RLUIPA 42 USC § 2000 et seq, First Amendment_

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _A.S._ , is a citizen of the State of *(name)* _Washington_

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _A.S._ , is incorporated under the laws of the State of *(name)* _Washington_
      and has its principal place of business in the State of *(name)*
      _Washington_

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)   _SEE ORiginal 3rd pg  SEE ATTACHMEN_
                       _B_

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of
      the State of *(name)* _____. Or is a citizen of
      *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be
heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the
parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties
is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of
another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a
diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that
are at issue in this case.

*RLUIPA 42 USC § 2000 et seq, First Amendment*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
      The plaintiff, *(name)* _G. S._____, is a citizen of the
      State of *(name)* _Washington_____

   b.   If the plaintiff is a corporation
      The plaintiff, *(name)* _G. S._____, is incorporated
      under the laws of the State of *(name)* _Washington_____,
      and has its principal place of business in the State of *(name)*
      _Washington_____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the
   same information for each additional plaintiff.)*

2.   The Defendant(s)   *SEE original 3rd pg  SEE ATTACHMEN*
                               *B*

   a.   If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of
      the State of *(name)* _____ Or is a citizen of
      *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes. federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RLUIPA 42 USC § 2000 et seq, First Amendment

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* __YZRAEL , LLC__ , is a citizen of the
   State of *(name)* __Washington__

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* __YZRAEL , LLC__ , is incorporated
   under the laws of the State of *(name)* __Washington__ ,
   and has its principal place of business in the State of *(name)*
   __Washington__

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)   SEE Original 3rd pg   SEE ATTACHMEN
                        B

   a.   If the defendant is an individual
   The defendant, *(name)* _____ , is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of a another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes. federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RLUIPA 42. USC § 2000 et seq, first Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Abryel Wilder , is a citizen of the
State of *(name)* Washington

b.    If the plaintiff is a corporation
The plaintiff, *(name)* Abryel Wilder , is incorporated
under the laws of the State of *(name)* Washington ,
and has its principal place of business in the State of *(name)*
Washington

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)    SEE ORiginal 3rd pg  SEE ATTACHMEN
B

a.    If the defendant is an individual
The defendant, *(name)* , is a citizen of
the State of *(name)* Or is a citizen of
*(foreign nation)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(RLUIPA), 42 U.S.C. §§ 2000cc, et seq, 1st Amendment.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Krystal Alvarez , is a citizen of the State of *(name)* WASHington .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* Krystal Alvarez , is incorporated under the laws of the State of *(name)* WASHington ,

and has its principal place of business in the State of *(name)*

Washington .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)  ' SEE ATTACHMENT B AND 3 of Orginal filing

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes. federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RLUIPA 42. USC § 2000 et seq, First Amendment

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* Unborn baby , is a citizen of the
   State of *(name)* washington

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* Unbornbaby , is incorporated
   under the laws of the State of *(name)* washington
   and has its principal place of business in the State of *(name)*
   washington

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)   SEE ORIGINAL 3rd pg  SEE ATTACHMEN
                         B

   a.   If the defendant is an individual
   The defendant, *(name)* _____ , is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RLUIPA  42 USC § 2000 et seq, First Amendment

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
       The plaintiff, *(name)* C. H. , is a citizen of the
       State of *(name)* Washington .

    b.  If the plaintiff is a corporation
       The plaintiff, *(name)* C. H. , is incorporated
       under the laws of the State of *(name)* Washington ,
       and has its principal place of business in the State of *(name)*
       Washington .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)   SEE ORIGINAL 3rd pg  SEE ATTACHMENT B

    a.  If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of
       the State of *(name)* _____ . Or is a citizen of
       *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*RLUIPA 42 USC § 2000 et seq, First Amendment*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* *Gardens of Yah's Knights...*, is a citizen of the State of *(name)* *Washington*

b.   If the plaintiff is a corporation
The plaintiff, *(name)* *Gardens of Yah's Knights...*, is incorporated under the laws of the State of *(name)* *Washington*
and has its principal place of business in the State of *(name)*
*Washington*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)   *SEE Original 3rd pg   SEE ATACHMEN*
*B*

a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RLUIPA 42 USC § 2000 et seq, first Amendment

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* Voodoo (Carcass)                , is a citizen of the
   State of *(name)* Washington

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* Voodoo (Carcass)                , is incorporated
   under the laws of the State of *(name)* Washington
   and has its principal place of business in the State of *(name)*
   Washington

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)     SEE ORiGinal 3rd pg   SEE ATTACHMENT
                           B

   a.   If the defendant is an individual
   The defendant, *(name)* _____ , is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question             ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*RLUIPA 42 USC § 2000 et seq, First Amendment*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
        The plaintiff, *(name)* _Ulva Spirit (carcass)_ , is a citizen of the
        State of *(name)* _Washington_

    b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _Ulva Spirit (carcass)_ , is incorporated
        under the laws of the State of *(name)* _Washington_
        and has its principal place of business in the State of *(name)*
        _Washington_

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)   *SEE Original 3rd pg   SEE ATTACHMEN*
                       *B*

    a.    If the defendant is an individual
        The defendant, *(name)* _____ , is a citizen of
        the State of *(name)* _____ . Or is a citizen of
        *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question           [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RLUIPA 42 USC § 2000 et seq, First Amendment

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* MOE and MOEI Yahs..., is a citizen of the
       State of *(name)* Washington

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* MOF and M.O.E.T. Yahs', is incorporated
       under the laws of the State of *(name)* Washington
       and has its principal place of business in the State of *(name)*
       Washington

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)   SEE ORIGINAL 3rd pg   SEE ATTACHMEN
                         B

   a.   If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of
       the State of *(name)* _____. Or is a citizen of
       *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question              ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RLUIPA  42 USC § 2000 et seq, First Amendment

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* Sekhmet (cat) , is a citizen of the
   State of *(name)* Washington

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* Sekhmet (cat) , is incorporated
   under the laws of the State of *(name)* Washington ,
   and has its principal place of business in the State of *(name)*
   Washington

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)   SEE ORIGINAL 3rd pg   SEE ATTACHMENT
                            B

   a.   If the defendant is an individual
   The defendant, *(name)* _____ , is a citizen of
   the State of *(name)* _____ Or is a citizen of
   *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*RLUIPA 42. USC § 2000 et seq, first Amendment*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* *Khoas (Dog)*, is a citizen of the
   State of *(name)* *Washington*

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)* *Khoas (Dog)*, is incorporated
   under the laws of the State of *(name)* *Washington*
   and has its principal place of business in the State of *(name)*
   *Washington*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)    *SEE ORIGINAL 3rd pg  SEE ATTACHMEN*
          *B*

   a.    If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____.  Or is a citizen of
   *(foreign nation)* _____

*Pro Se 2 2016*

1    B.    If the Basis for Jurisdiction Is Diversity of Citizenship

2             1.    The Plaintiff(s)

3                    a.   If the plaintiff is an individual.

4             , is a citizen of the State of (*name*) Washington.

5                    b.   If the plaintiff is a corporation.

6             The plaintiff,  Yah's Knights and Dames Community Development, is incorporated under

7    the laws of the State of  Washington, is incorporated under the laws of the State of Washington,

8    and has its principal place of business in the State of Washington.

9             *(If more than one plaintiff is named in the complaint, attach an additional page providing*
      *the same information for each additional plaintiff.)*

10

11             2.    The defendant,  Jason Holloway, is a citizen of the State of Washington.

12                    And a citizen of Washington State.

13             The defendant,  *United States Et al is incorporated under the laws of the State of

14    Washington, and has its principal place of business in the State of Washington.

15             *See Attachment B

16

17             **III.    THE AMOUNT IN CONTROVERSY**

18             The amount in controversy – the amount the plaintiff claims the defendant owes or the

19    amount at stake – is more than $75,000, not counting interest and costs of court, because

20    (*explain*):

21             *The ultimate determination of the amount of damages is for the jury's determination

22    under Washington State Constitution. Plaintiff reserves the right to modify this number based

23    upon the evidence in this case.

24

COMPLAINT AND REQUEST FOR INJUNCTION - 4

*Pro Se 2 2016*

## IV.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the    facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.*

A.    Where did the events giving rise to your claim(s) occur?

   *\*See Attachments A, B, C, D, E*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

   *\* See Attachments A, B, C, D, E*

C.    What are the facts underlying your claim(s)? (*For example: what happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

   *\* See Attachments A, B, C, D, E*

## V.    IRREPARABLE INJURY

*Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.*

   See attachments B see attachments C see attachments D see attachment E.

COMPLAINT AND REQUEST FOR INJUNCTION - 5

Pro Se 2 2016

1    CLAIMANT RESERVED THE RIGHT TO THIS SECTION TO SUPPLEMENT

2    DURING DISCOVERY IF ADDITIONAL FEDERAL STATUES, FEDERAL TREATIES,

3    AND/OR PROVISIONS OF THE UNITED STATES CONSTITUTION

4         (RLUIPA), 42 U.S.C. §§ 2000cc, et seq, First Amendment.

5         Assault and Battery, Intentional/Negligent Infliction of Emotional distress, Outrage:

6    Plaintiff incorporates all prior assertions in this complaint as the proximate cause of plaintiff's

7    injuries under these causes of action.

8         Assault and battery, intentional/negligent infliction of emotional distress, Outrage:

9    Petitioner will incorporate all.

10        Sex discrimination: Hostile environment (RCW chapter 49.60 et seq.) Sexual harassment

11   is actionable if a hostile environment is created by sexual harassment. Gender discrimination

12   (RCW chapter 49.60 et. seq.)

13        Disparate treatment (RCW chapter 49.60 et. seq.) Negligence, Negligent hiring, retention

14   and supervision

15        Unlawful retaliation. Illegally terminating my parental rights by granting Chiae sole

16   custody and full decision making. Illegally terminating Petitioner 's parental rights Illegally

17   terminating Petitioner's parental rights, Legislation Violence Against Persons (Prohibition)

18   Act,18 U.S. 1589 Forced Labor, 18 U. S. 1593A- Benefitting financially from peonage, slavery,

19   and trafficking in persons,18 U.S. Code 1591- sex trafficking of children or by forced fraud, or

20   coercion, 42 U.S. Code 1983 Civil action for deprivation of rights, RCW 26.51, A nonprofit

21   license and under 18 U.S. Code 247 Damage to religious property; obstruction of person in the

22   free exercise of religious beliefs RCW 40.16 Penal, RCW 40.16.010 Injury to public record,

23   RCW 40.16.020 Injury to and misappropriation of record, RCW 40.16.030 Offering false

24   instrument for filing or record. Chapter 9A.60 RCW, RCW 9A.60.030 Obtaining a signature by

COMPLAINT AND REQUEST FOR INJUNCTION - 6

Pro Se 2 2016

1    deception or duress. RCW 9A.60.060 Fraudulent creation or revocation of a mental health

2    advance directive. Misconduct of public officer RCW 42.20.020 Powers may not be delegated

3    for profit, RCW 42.20.040 False statement, RCW 42.20.050 Public officer making false

4    certificate, RCW 42.20.100 Failure of duty by public officer a misdemeanor, RCW 42.20.110

5    Improper conduct by certain justices. RCW 9.18.080 Offender a competent witness, RCW

6    9.18.120, 8 U.S. Code 1324- Penalties for document fraud. Chapter 9a.46 RCW Harassment;

7    RCW 9A.46.020; 19 U.S. Code 1592 Penalties for fraud, gross negligence, and negligence. 51

8    U.S. Code 20137 Malpractice and negligence suits against the United States, 45 U.S. Code 57

9    "common carrier", 28 USC 14 Complaint for Negligence under Federal Employer's liability act.

10   RCW 4.36.120, 18 U.S. Code 1519 Destruction, alteration, or falsification of records in Federal

11   investigations… U.S.C. 1000 U.S. Code Unannotated Title 18. Crimes and Criminal Procedure

12   1001 Statements or entries generally.  Chiae Wilder paid for my ministry, Chiae and Chong

13   Wilder know this House is unique as well as the Homeowners Association knows and accepts it.

14   Yah's Knights and Dames Community Development is also M.O.E. and M.O.E.T. Yah's

15   Knights and Dames Community Development, YZRAEL LLC., Tribal Practice and Burial,

16   Burial ground and a Tribal Practice Gardens.

17                              **VI.    RELIEF**

18   *State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do*
     *not make legal arguments.  Include any basis for claiming that the wrongs alleged are*
19   *continuing at the present time.  Include the amounts of any actual damages claimed for the acts*
     *alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed,*
20   *the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

21          See attachments B see attachments C see attachments D see attachment E.

22          CLAIMANT RESERVED THE RIGHT TO THIS SECTION TO SUPPLEMENT

23   DURING DISCOVERY IF ADDITIONAL FEDERAL STATUES, FEDERAL TREATIES,

24   AND/OR PROVISIONS OF THE UNITED STATES CONSTITUTION

*Pro Se 2 2016*

1    (RLUIPA), 42 U.S.C. §§ 2000cc, et seq, First Amendment.

2    Assault and Battery, Intentional/Negligent Infliction of Emotional distress, Outrage:

3    Plaintiff incorporates all prior assertions in this complaint as the proximate cause of plaintiff's

4    injuries under these causes of action.

5    Assault and battery, intentional/negligent infliction of emotional distress, Outrage:

6    Petitioner will incorporate all.

7    Sex discrimination: Hostile environment (RCW chapter 49.60 et seq.) Sexual harassment

8    is actionable if a hostile environment is created by sexual harassment. Gender discrimination

9    (RCW chapter 49.60 et. seq.)

10    Disparate treatment (RCW chapter 49.60 et. seq.) Negligence, Negligent hiring, retention

11    and supervision

12    Unlawful retaliation. Illegally terminating my parental rights by granting Chiae sole

13    custody and full decision making. Illegally terminating Petitioner 's parental rights Illegally

14    terminating Petitioner's parental rights, Legislation Violence Against Persons (Prohibition)

15    Act,18 U.S. 1589 Forced Labor, 18 U. S. 1593A- Benefitting financially from peonage, slavery,

16    and trafficking in persons,18 U.S. Code 1591- sex trafficking of children or by forced fraud, or

17    coercion, 42 U.S. Code 1983 Civil action for deprivation of rights, RCW 26.51, A nonprofit

18    license and under 18 U.S. Code 247 Damage to religious property; obstruction of person in the

19    free exercise of religious beliefs RCW 40.16 Penal, RCW 40.16.010 Injury to public record,

20    RCW 40.16.020 Injury to and misappropriation of record, RCW 40.16.030 Offering false

21    instrument for filing or record, Chapter 9A.60 RCW, RCW 9A.60.030 Obtaining a signature by

22    deception or duress, RCW 9A.60.060 Fraudulent creation or revocation of a mental health

23    advance directive, Misconduct of public officer RCW 42.20.020 Powers may not be delegated

24    for profit, RCW 42.20.040 False statement, RCW 42.20.050 Public officer making false

Pro Se 2 2016

1  certificate, RCW 42.20.100 Failure of duty by public officer a misdemeanor, RCW 42.20.110

2  Improper conduct by certain justices. RCW 9.18.080 Offender a competent witness, RCW

3  9.18.120, 8 U.S. Code 1324- Penalties for document fraud. Chapter 9a.46 RCW Harassment;

4  RCW 9A.46.020; 19 U.S. Code 1592 Penalties for fraud, gross negligence, and negligence. 51

5  U.S. Code 20137 Malpractice and negligence suits against the United States, 45 U.S. Code 57

6  "common carrier", 28 USC 14 Complaint for Negligence under Federal Employer's liability act.

7  RCW 4.36.120, 18 U.S. Code 1519 Destruction, alteration, or falsification of records in Federal

8  investigations... U.S.C. 1000 U.S. Code Unannotated Title 18, Crimes and Criminal Procedure

9  1001 Statements or entries generally.  Chiae Wilder paid for my ministry, Chiae and Chong

10  Wilder know this House is unique as well as the Homeowners Association knows and accepts it.

11  Yah's Knights and Dames Community Development is also M.O.E. and M.O.E.T. Yah's

12  Knights and Dames Community Development, YZRAEL LLC., Tribal Practice and Burial,

13  Burial ground and a Tribal Practice Gardens.

14  _____

15  _____

16  **VII.   CERTIFICATION AND CLOSING**

17  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

18  knowledge, information, and belief that this complaint: (1) is not being presented for an improper

19  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

20  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

21  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

22  identified, will likely have evidentiary support after a reasonable opportunity for further

23  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

24  Rule 11.

COMPLAINT AND REQUEST FOR INJUNCTION - 9

*Pro Se 2 2016*

1    I agree to provide the Clerk's Office with any changes to my address where case-related

2    papers may be served. I understand that my failure to keep a current address on file with the

3    Clerk's Office may result in the dismissal of my case.

4    Date of signing:                5 march 2021

5    Signature of Plaintiff

6    Printed Name of Plaintiff      Khoas "Dog"

7

8    Date of signing:                5 march 2021

9    Signature of Plaintiff

10   Printed Name of Plaintiff      Sekhmet "CAT"

11

12   Date of signing:                5 march 2021

13   Signature of Plaintiff

14   Printed Name of Plaintiff      Ulva Spirit (hybrid carcass)

15

16

17

18

19

20

21

22

23

24

*Pro Se 2 2016*

1    Date of signing:    5 march 2021

2    Signature of Plaintiff

3    Printed Name of Plaintiff    G.S.

4

5    Date of signing:    5 march 2021

6    Signature of Plaintiff

7    Printed Name of Plaintiff    A.S.

COMPLAINT AND REQUEST FOR INJUNCTION - 7

*Pro Se 2 2016*

Date of signing:             5 March 2021

Signature of Plaintiff        *Adriana Salerno*

Printed Name of Plaintiff     Giovanni Salerno


Date of signing:             5, March 2021

Signature of Plaintiff        *[signature]*

Printed Name of Plaintiff     Krystal Alvarez

                             Unborn Baby

*Pro Se 2 2016*

Date of signing: 5 March 2021

Signature of Plaintiff

Printed Name of Plaintiff C. H.

Date of signing: 5 march 2021

Signature of Plaintiff

Printed Name of Plaintiff ABRYEL WILDER

COMPLAINT AND REQUEST FOR INJUNCTION - 7

*Pro Se 2 2016*

Date of signing: 5 March 2021

Signature of Plaintiff

Printed Name of Plaintiff YIZRAEL, LLC.

Date of signing: 5 March 2021

Signature of Plaintiff

Printed Name of Plaintiff M.O.E. and M.O.E.T.
Yahs Knights and Dames
Community and Development

*Pro Se 2 2016*

1     I agree to provide the Clerk's Office with any changes to my address where case-related

2  papers may be served. I understand that my failure to keep a current address on file with the

3  Clerk's Office may result in the dismissal of my case.

4     Date of signing:          5 march 2021

5     Signature of Plaintiff

6     Printed Name of Plaintiff    Yah's Knights and

7                                 Dames Community and
                                   Development

8     Date of signing:          5 march 2021

9     Signature of Plaintiff

10    Printed Name of Plaintiff    VOODOO Carcass

11

12    Date of signing:          5 march 2021

13    Signature of Plaintiff

14    Printed Name of Plaintiff    Burial sites

15

16

17

18

19

20

21

22

23

24

COMPLAINT AND REQUEST FOR INJUNCTION - 10