# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

YAH'S KNIGHTS AND DAMES COMMUNITY DEVELOPMENT, *et al.*,

Plaintiffs,

v.

CHIAE WILDER, *et al.*,

Defendants.

Cause No. C21-0325RSL

ORDER OF DISMISSAL

On March 15, 2021, Abryel Wilder was ordered to provide a more definite statement of the claims asserted in this litigation, clearly and concisely identifying the acts of which each named defendant is accused and how those acts violated the legal rights of the named plaintiffs. Dkt. # 6. The Court pointed out a number of fatal flaws in the original pleading and notified plaintiff that "[t]he amended complaint will replace the existing complaint in its entirety." Dkt. # 6 at 5. Plaintiff subsequently filed a "Response to Order for More Definite Statement" (Dkt. # 10): its 1,042 factual allegations appear to be identical to those asserted in *Wilder v. United States*, C21-0206RSL (Dkt. # 9), and *Wilder v. Washington State*, C21-0324RSL (Dkt. # 7).

Plaintiff's revised statement of the claims remains deficient under the standards articulated in 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 8(a)(2). There is no indication that Ms. Wilder is authorized to act as a representative of any of the named plaintiffs.

ORDER OF DISMISSAL - 1

The new complaint consists of 67 singled-spaced pages and repeats many of the fatal errors previously identified. Some defendants are not mentioned in the 1,000+ factual allegations, and it is likely that none of the defendants would understand how the alleged conduct gives rise to a cause of action under any of the fifty statutes and constitutional provisions listed at Dkt. # 10 at 61-65. Neither defendants nor the Court are obligated to search through the proposed pleading in order to determine whether a viable cause of action is alleged: the burden of providing "a short and plain statement of the claim showing that the pleader is entitled to relief" falls squarely on plaintiff. She has not met her burden

The above-captioned matter is hereby DISMISSED without prejudice. No additional documents will be accepted for filing under this cause number other than a Notice of Appeal. If plaintiff opts to refile a complaint related to these events, she is strongly advised to name only a single defendant and confine the factual allegations to that defendant's conduct and the legal claims against that defendant. Absent allegations showing that Ms. Wilder is a licensed attorney or otherwise authorized to act as a representative of another person, any renewed claims should be brought only on her own behalf.

Dated this 4th day of May, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2